UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
MICHAEL P. MCDONOUGH, individually and
on behalf of all others similarly situated,

                        Plaintiff,

              - against -

LEOPOLD & ASSOCIATES, PLLC and
TRINITY FINANCIAL SERVICES, LLC.,

                       Defendants.
-----------------------------------------------------------------------x

**ORDER**

No. 20-CV-1141 (CS)

Seibel, J.

    Defendant Leopold & Associates, PLLC has moved to dismiss or, in the alternative, transfer this action to the United States District Court for the Western District of Pennsylvania, For the reasons stated on the record at today's conference, the alternative relief sought is GRANTED. The Clerk of Court is respectfully directed to terminate the pending motion, (Doc. 26), and transfer the case to the Western District of Pennsylvania.

**SO ORDERED.**

Dated: March 11, 2021
       White Plains, New York

                                      *Cathy Seibel*
                                CATHY SEIBEL, U.S.D.J.